UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARNEST S. HARRIS,<br><br>    Plaintiff,<br><br>    v.<br><br>SEXTON, et al.,<br><br>    Defendants. | No. 1:18-cv-00080-DAD-SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING REQUEST FOR PRELIMINARY INJUNCTIVE RELIEF<br><br>(Doc. No. 9) |

Plaintiff Earnest S. Harris is appearing pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. On March 15, 2018, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's request for preliminary injunctive relief raised in his civil rights complaint be denied. The findings and recommendations were served on plaintiff and contained notice that any objections were to be filed within twenty-one days. Plaintiff filed objections April 9, 2018. (Doc. No. 13.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the undersigned has conducted a de novo review of this case. Having carefully reviewed the entire file, the undersigned concludes the findings and recommendations are supported by the record and by proper analysis. Plaintiff's objections do not demonstrate that he is likely to succeed on the

1

merits of this action, even though certain of his claims have been found cognizable.

Accordingly:

1. The findings and recommendations issued on March 15, 2018 (Doc. No. 9) are adopted in full; and
2. Plaintiff's request for preliminary injunctive relief is denied.

IT IS SO ORDERED.

Dated: **June 21, 2018**

UNITED STATES DISTRICT JUDGE