1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARNEST S. HARRIS, | ) Case No.: 1:18-cv-00080-DAD-SAB (PC) |
| Plaintiff, | ) |
| v. | ) ORDER DIRECTING DEFENDANTS TO FILE A RESPONSE TO THE COMPLAINT WITHIN FOURTEEN DAYS |
| SEXON, et al., | ) |
| Defendants. | ) [ECF No. 30] |

     Plaintiff Earnest S. Harris is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

     On December 5, 2018, Defendants motion to dismiss the action was denied, and the matter was referred back to the undersigned for further proceedings. (ECF No. 30.) Accordingly, it is HEREBY ORDERED that Defendants shall file a further response to the complaint within **fourteen (14)** days from the date of service of this order. Fed. R. Civ. P. 12(a)(4)(A).

IT IS SO ORDERED.

Dated:   **December 6, 2018**

                              UNITED STATES MAGISTRATE JUDGE