# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARNEST S. HARRIS,<br><br>        Plaintiff,<br><br>    v.<br><br>SEXON, et al.,<br><br>        Defendants. | Case No.: 1:18-cv-00080-DAD-SAB (PC)<br><br>ORDER LIFTING STAY OF PROCEEDINGS<br><br>ORDER VACATING MARCH 26, 2019 SETTLEMENT CONFERENCE |

Plaintiff Earnest S. Harris is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

This action proceeds on Plaintiff's conditions of confinement claim against Defendants Sexton, Aguirre, Stewart, Lambert, Gutierrez, L. Cellobos, and I. Ramirez.

On December 21, 2018, the Court identified this case as an appropriate case for the post-screening ADR (Alternative Dispute Resolution) project, and stayed the action to allow the parties an opportunity to settle their dispute before the discovery process begins. (ECF No. 33.) The Court's order granted Defendants time to investigate and determine whether to opt out of the post-screening ADR project.

///

///

///

1

1     On January 7, 2019, Defendants filed a notice to opt out of the early settlement conference. (ECF No. 34.) After reviewing the request, the Court finds good cause to grant Defendants' request. Therefore, the stay is lifted, and the March 26, 2019, settlement conference is vacated. This case is now ready to proceed, and the discovery and scheduling order will issue by way of separate order.

    Accordingly, IT IS HEREBY ORDERED that:

1. The stay of this action (ECF No. 33) is LIFTED; and
2. The March 26, 2019, settlement conference is VACATED.

IT IS SO ORDERED.

Dated: **January 8, 2019**

UNITED STATES MAGISTRATE JUDGE