UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARNEST S. HARRIS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SEXON, et al.,<br><br>　　　　　Defendants. | Case No.: 1:18-cv-00080-DAD-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR DISCOVERY<br><br>[ECF No. 39] |

Plaintiff Earnest S. Harris is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's motion for discovery, filed January 28, 2019.

Plaintiff is informed that Court permission is not necessary for discovery requests and that neither discovery requests served on an opposing party nor that party's responses should be filed until such time as a party becomes dissatisfied with a response and seeks relief. Thus, discovery requests and responses shall not be filed with the Court unless, and until, they are at issue. Here, Plaintiff's discovery request is directed to Defendants and should be served on opposing counsel only.

///

///

///

///

1

Accordingly, it is HEREBY ORDERED that Plaintiff's motion for discovery, filed on January 28, 2019, is DENIED as unnecessary. (ECF No. 39.)

IT IS SO ORDERED.

Dated: **January 29, 2019**

_____
UNITED STATES MAGISTRATE JUDGE