# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARNEST S. HARRIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SEXON, et al.,<br><br>　　　　Defendants. | Case No.: 1:18-cv-00080-DAD-SAB (PC)<br><br>ORDER EXTENDING DISCOVERY AND SCHEDULING ORDER TO DEFENDANT P. VERA |

Plaintiff Earnest S. Harris is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

This action is proceeding against Defendants Sexton, Aguirre, Stewart, Lambert, Gutierrez, L. Ceballos, I. Ramirez, and P. Vera for subjecting Plaintiff to conditions of confinement in violation of the Eighth Amendment.

On December 19, 2018, Defendants Sexton, Aguirre, Stewart, Lambert, Gutierrez, L. Ceballos, I. Ramirez filed an answer to the complaint.

On January 10, 2019, the Court issued the discovery and scheduling order.

On January 28, 2019, Plaintiff filed a motion to amend the complaint.

On February 22, 2019, the Court granted Plaintiff's motion to amend the complaint to add Defendant P. Vera as a Defendant in this action and ordered that the second amended complaint be filed.

1

On April 23, 2019, Defendant Vera filed an answer to the complaint.

Inasmuch as Defendant P. Vera, filed an answer to the complaint after the issuance of the discovery and scheduling order, it is hereby extended and made applicable to Defendant P. Vera, and all provisions set forth therein remain in full force and effect.

IT IS SO ORDERED.

Dated: **April 24, 2019**

UNITED STATES MAGISTRATE JUDGE