IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Earnest Harris,<br><br>               Plaintiff,<br><br>    v.<br><br>Sexton, et al.,<br><br>               Defendants. | Case No. 1:18-cv-00080 KJM-DB P<br><br>ORDER |

    Good cause having been shown, the court **grants** defendants' request to seal and docket the unredacted copy of defendants' notice of suggestion of death of defendant Sexton and an unredacted copy of the proof of personal service.  The basis for sealing being that the documents contain confidential personal information under Fed. R. Civ. Proc. 5.2(a)(2) to protect the individual's privacy interest.  The court directs the Clerk of the court to file the documents mentioned above on the docket under seal.  This order resolves ECF No. 77.

    IT IS SO ORDERED.

DATED:  October 21, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE