UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARNEST S. HARRIS,<br><br>    Plaintiff,<br><br>    v.<br><br>SEXTON, et al.,<br><br>    Defendants. | No. 1:18-cv-0080 KJM DB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding with a civil rights action under 42 U.S.C. § 1983. Plaintiff alleges defendants' use of the Guard One security system violated his Eighth Amendment rights. On March 31, 2022, this court recommended: (1) that plaintiff's motion to amend the second amended complaint be granted in part and denied in part, (2) that defendant's motion to strike be granted, and (3) that defendant Sexton be dismissed from this case. Plaintiff was given thirty days to file objections to this court's findings and recommendations. Plaintiff seeks an extension of time to do so.

////
////
////
////
////

1

Good cause appearing, IT IS HEREBY ORDERED that plaintiff's motion for an extension of time (ECF No. 91) is granted. Within thirty days of the date of this order, plaintiff shall file any objections to the March 31 findings and recommendations.

Dated: May 9, 2022

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB Prisoner Inbox/Civil Rights/R/harr0080.obj eot