UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARNEST S. HARRIS, | No. 1:18-cv-0080 KJM DB P |
| Plaintiff, | |
| v. | ORDER |
| SEXTON, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. Plaintiff alleges defendants' use of the Guard One welfare check system ("Guard One") violated his rights under the Eighth Amendment. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 31, 2022, the magistrate judge filed findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within thirty days. Plaintiff has filed objections to the findings and recommendations. The findings and recommendations are pending before this court.

In the meantime, on August 2, 2022, this court approved a settlement agreement reached in a claim-in-intervention filed in *Coleman v. Newsom*, Case No. 2:90-cv-0520 KJM DB by plaintiff-intervenor Christopher Lipsey concerning use of Guard One. *Coleman v. Newsom*, Case No. 90-0520 KJM DB, ECF No. 7597. A copy of the settlement agreement and the stipulation

and order thereon is attached to this order. Good cause appearing, IT IS HEREBY ORDERED that within fourteen (14) days from the date of this order counsel for defendants shall file a statement explaining what, if any, impact the settlement reached in the *Lipsey* complaint-in-intervention in *Coleman*, has on this action.

DATED: August 8, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE