UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARNEST S. HARRIS, | No. 1:18-cv-0080 KJM DB P |
| Plaintiff, | |
| v. | ORDER |
| SEXTON, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding with a civil rights action under 42 U.S.C. § 1983. Plaintiff alleges defendants' use of the Guard One welfare check system violated his rights under the Eighth Amendment. In an order filed January 17, 2023, Chief Judge Mueller granted in part and denied in part plaintiff's February 18, 2021 motion to amend the second amended complaint. On May 6, 2022, plaintiff filed another motion to amend the complaint. Defendants will be ordered to file a response.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Within thirty days of the filed date of this order, defendants shall file a response to plaintiff's May 6, 2022 motion to amend; and

////

////

////

1

2. Within twenty days after he is served with defendants' response, plaintiff may file a reply.

Dated: March 9, 2023

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB Prisoner Inbox/Civil Rights/R/harr0080.mta2.resp

2