UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Earnest S Harris, | No. 1:18-cv-00080-DJC-DB |
| Plaintiff, | ORDER |
| v. | |
| Sexton et al., | |
| Defendants. | |

On October 11, 2019, this court issued an order relating this case to *Coleman v. Newsom* (No. 2:90-cv-0520-KJM-DB) and *Rico v. Ducart* (No. 2:19-cv-01989-KJM-DB). ECF No. 55. The court reassigned this case to the undersigned in accordance with Local Rule 123. *Id.* On April 4, 2023, this case was reassigned to District Judge Daniel J. Calabretta due to his appointment to the bench of the Eastern District of California. ECF No. 103. Because this case is related to two other cases pending before the undersigned, the court finds the reassignment of this matter is likely to effect a substantial savings of judicial effort. *See* E.D. Cal. L.R. 123(c).

As a result, it is hereby ORDERED that this action, *Harris v. Sexton*, Case No. 1:18-cv-00080-DJC-DB, is reassigned from Judge Daniel J. Calabretta to the undersigned. Henceforth, the caption on documents filed in the reassigned case shall be shown as: No. 1:18-cv-00080-KJM-DB.

1

It is further ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

DATED: August 10, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE