UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EARNEST S. HARRIS,

Plaintiff,

v.

AGUIRRE, et al.,

Defendants.

No. 1:18-cv-0080 KJM DB P

ORDER

Plaintiff is a former state prisoner proceeding pro se with a civil rights action under 42 U.S.C. §1983. Plaintiff alleges defendants' use of the Guard One Security Check System deprived him of sleep in violation of his Eighth Amendment rights. On January 5, 2024, the court issued an amended scheduling order which set a deadline of May 31, 2024 for filing dispositive motions. (ECF No. 117.) Defendants now seek a 90-day extension of that deadline. (ECF No. 120.) Defendants' counsel states that they are new to this case and that the extension of time would permit the parties to engage in informal settlement discussions. Defendants further state that plaintiff does not oppose this request.

Accordingly, and good cause appearing, IT IS HEREBY ORDERED that

1. Defendants' motion for modification of the scheduling order (ECF No. 120) is granted; and

2. The deadline for filing dispositive motions is extended through August 29, 2024. In all other respects the January 5, 2024 amended scheduling order is unchanged.

Dated: June 5, 2024

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB prisoner inbox/civil rights/R/harr0080.am sch eot