UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARNEST S. HARRIS,<br><br>          Plaintiff,<br><br>     v.<br><br>SEXTON, et al.,<br><br>          Defendants. | No. 1:18-cv-00080-DC-SCR (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING DEFENDANTS' MOTION TO REVOKE PLAINTIFF'S *IN FORMA PAUPERIS* STATUS<br><br>(Doc. Nos. 123, 131) |

Plaintiff Earnest S. Harris is a former state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 6, 2025, the assigned magistrate judge issued findings and recommendations recommending that Defendants' motion to revoke Plaintiff's *in forma pauperis* status (Doc. No. 123) be denied because Plaintiff's financial status is sufficient to permit him to continue to proceed in forma pauperis, and Plaintiff paid the entire filing fee while he was incarcerated. (Doc. No. 131.) The findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within twenty-one (21) days after service. (*Id.* at 2.) To date, no objections to the findings and recommendations have been filed, and the time in which to do so has now passed.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on January 6, 2025 (Doc. No. 131) are ADOPTED in full;

2. Defendants' motion to revoke Plaintiff's *in forma pauperis* status (Doc. No. 123) is DENIED; and

3. This action is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   **February 6, 2025**

Dena Coggins
United States District Judge