UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARNEST S. HARRIS, | No. 1:18-cv-0080-DC-SCR |
| Plaintiff, | |
| v. | ORDER |
| SEXTON, et al., | |
| Defendants. | |

Plaintiff is a former state prisoner proceeding without counsel in this civil rights action filed pursuant to 42 U.S.C. § 1983. On April 30, 2025, the undersigned issued Findings and Recommendations that this action be dismissed without prejudice because mail sent to plaintiff had been returned as undeliverable. ECF No. 133. Plaintiff filed objections which indicated that his address remained the same. ECF No. 134. However, after comparing plaintiff's address of record with the address listed on his objections, the court notes that plaintiff's most recent listed address is a Boulevard and not an Avenue, as plaintiff had previously provided to the court in his change of address. Compare ECF No. 118 with ECF No. 134. Based on the newly listed address, the court will vacate the Findings and Recommendations issued on April 30, 2025. The court has updated plaintiff's address on the docket to avoid the return of any future mail in this case.

Also pending before the court is plaintiff's motion for a trial or settlement conference. ECF No. 135. In the motion, plaintiff indicates a willingness to resolve this suit. A review of the

1

docket in this case indicates that no settlement conference has ever been conducted as defendants opted out of the post-screening ADR program.  See ECF No. 34.  However, this case is now in a different procedural posture as the dispositive motions deadline has passed and defendants' motion to revoke plaintiff's in forma pauperis status was denied by order dated February 6, 2025.  See ECF No. 132.  The court finds it appropriate to schedule a settlement conference at this time.  Therefore, plaintiff's motion for a trial or settlement conference is granted.  The parties are ordered to attend a pretrial settlement conference in this case on July 31, 2025 at 9:00 a.m. before Magistrate Judge Allison Claire.

At least seven days prior to the conference, the parties shall submit to the settlement judge a confidential settlement conference statement.  The parties' confidential settlement conference statements shall include the following: (a) names and locations of the parties; (b) a short statement of the facts and alleged damages; (c) a short procedural history; (d) an analysis of the risk of liability, including a discussion of the efforts made to investigate the allegations; (e) a discussion of the efforts that have been made to settle the case; and, (f) a list of all pending cases that plaintiff has filed in this district in the event that a global settlement may be reached.  Defendants shall e-mail the settlement conference statement to the settlement judge's e-mail box for proposed orders, available on the court's website.  Plaintiff shall place his settlement conference statement in the U.S. mail addressed to the settlement conference judge, United States District Court, 501 I Street, Sacramento, CA  95814.  Plaintiff shall mail his settlement conference statement so that it is received by the court at least seven days before the settlement conference.

By separate order issued contemporaneously herewith, the court issues a further scheduling order directing the parties to file pretrial statements in the event that this case does not settle.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations issued on April 30, 2025 (ECF No. 133) are hereby vacated.

2. Plaintiff's motion for a trial or settlement conference (ECF No. 135) is granted.

      3. A settlement conference is scheduled for July 31, 2025 at 9:00 a.m. before Magistrate Judge Allison Claire via Zoom videoconference.

      4. At least seven days prior to the scheduled settlement conference, each party shall submit a confidential settlement conference statement, as described above, to the settlement judge. Defendants shall e-mail the settlement conference statement to the settlement judge's proposed orders e-mail address. Plaintiff shall place his settlement conference statement in the U.S. mail addressed to the settlement judge, United States District Court, 501 I Street, Sacramento, CA 95814. Plaintiff shall mail his settlement conference statement so that it is received by the court at least seven days before the settlement conference.

      5. If a settlement is reached at any point, the parties shall file a Notice of Settlement in accordance with Local Rule 160.

      6. The parties remain obligated to keep the court informed of their current addresses at all times during the stay and while the action is pending. Any change of address must be reported promptly to the court in a separate document captioned for this case and entitled "Notice of Change of Address." See L.R. 182(f).

DATED: June 12, 2025

SEAN C. RIORDAN  
UNITED STATES MAGISTRATE JUDGE